986 F.2d 1413
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
James Calvin HORTON, Plaintiff-Appellant,
v.
C. B. SALDIAS; Aaron Johnson; James Martin; Lacy
Thornburg, Defendants-Appellees.
 No. 92-7219.
 United States Court of Appeals,
Fourth Circuit.
 Submitted: February 1, 1993
Decided: February 25, 1993
 
 Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (CA-91-628)
 James Calvin Horton, Appellant Pro Se.
 Neil Clark Dalton, North Carolina Department of Justice, Raleigh, North Carolina, for Appellees.
 E.D.N.C.
 DISMISSED
 Before HALL and PHILLIPS, Circuit Judges, and BUTZNER, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 James Calvin Horton appeals the district court's order denying Horton's Motion to Amend on the recommendation of the magistrate judge. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This Court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1988), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1988); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Industrial Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.
 
 
 2
 We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 DISMISSED